CA 07 187

Carol Pisani
42 Maribeth Drive
Johnston, R.I. 02919

Claims

1. I am claiming that Mr Richard L. Van Iderstine of the National Highway Traffic Safety Administration of the Office of Crash Advoidance Standards, Chief of the Visibility and Injury Prevention Division.

Mr Iderstine said in his May 20, 1999 letter to me that the Office of Chief Counsel has granted me confidentiality on my January 25, 1999 Confidential agreement with the National Highway Traffic Safety Administration.

I signed their copy and sent it to Ms Heidi L Coleman.

I had to print my own government form according to their rules.

So I sent them the original form.

Since Ms Heidi L Coleman did not certify my last invention, if she did, she put down my last invention which was certified in a letter to me.

So I printed out by hand another form, so I can have a copy of what was sent to them.

On the internet of March 20, 2004 Donnelly Applauds NHTSA Trunk Release Proposal

Donnelly disclosed it to General Motors before it was patented.

The Donnelly Corporation has filed for a continuation-in-part of a co-pending U.S. patent application Serial No 09/484,754 filed Jan. 18, 2000 for a

Compartment Sensing System by McCarthy
In an article titled General Motors will be first with sensors that detect the presence of people in trunks
There was public disclosure of the concept of the trunk sensor before a patent was issued.
It is over 1 year when NHTSA has broadcasted the invention on the Oprah Winfrey television show.
It was broadcasted on Oprah January 26, 2000
The patent was issued on May 21, 2002 to Mr. Robert L. Bingle of Holland, MI
The Inventors are work-for hires with the Donnelly Corporation Mr. Roger L. Koops, Niall R. Lynam these two are not true inventors.
Mr. Robert L. Bingle and Mr. Roger L. Koops of the Donnelly Corporation did invent the Safety ~~Handle~~ Handle for the trunk of a vehicle that is their invention. I do not dispute that.
On January 18, 2001, the Donnelly Corporation began shipping the Smart Release System. They are selling the product before the patent was granted or issued. They sold the product of my trunk sensor invention called Advance Notice before they received a patent. This is a no-no. Upon obtaining a United States Patent is the threat of starting a one year bar. The 3 events that start the one year bar is the one year

Carol Pisani

clock are the sale of the invention, offer of sale of the invention or public disclosure.
Donnelly Corporation sold the invention to General Motors.
On June 3, 1999 The NHTSA Trunk Entrapment Report they had all the auto manufacturers in a room to study my invention.
On the Oprah show she said it even detects animals in a trunk of a car.
Word for word my invention was stolen
1 Warning alarm - Not too loud.
2. Infrared sensor
3. 911 to call the police
4 animals in the car trunk this is how I know that beyond a reasonable doubt that the National Highway Traffic Safety Administration ~~commun~~ communicated with Oprah Winfrey
The evidence is in my case see page of her newsletter.
The National Highway Traffic Safety Administration does do research for inventions, development, test and evaluation at establishing safety standards for motor vehicles.
NHTSA also contracts with private industry involving the test and evaluation of vehicle components and accessories.
Completed misappropriation March 24, 2004
I am including Ms Oprah Winfrey as a defendant because her television show made my Breach of Contract Case believable

Carol Pisani

beyond a reasonable doubt.

I claim under 18 U.S.C. #1832 Oprah Winfrey has intended for NHTSA to gain the economic benefit other than the rightful owner.

The patent was not issued and she was talking about the trunk sensor and sensing animals in the trunk of a car.

She should be charged under attempt and conspiracy to misappropriate trade secrets under the EEA.

NHTSA went to Ms Oprah Winfrey to have a marketing poll on how many people will like to have the trunk sensor installed in their cars.

Oprah was shown my invention because she gave out a tip on her show that it even detects animals in a car trunk.

This was written in my invention.

Oprah Winfrey talked about the car trunk sensor on her television show which was broadcasted worldwide over the television wires.

NHTSA bribed Oprah to take a marketing poll analysis on January 26, 2000 Titled A Miracle Inside the Trunk was placed on the internet. This was to see how many people would like the car trunk sensor. Everybody in the audience liked it. She told everybody in the world to go to WWW. oprah.com to vote if you would like this to be installed in your car trunk

Carol Rissone

Oprah Winfrey has received money for taken part in the advertising and promoting my concept on her show and newsletter.
I have my Proof of Invention Form Disclosure Document Form with the Patent Office
Was granted confidentiality on May 20, 1999
This means there was no other invention at the National Highway Traffic Safety Administration that was the same as my invention. If NHTSA had another invention like mine they would have never granted me intellectual property rights by the Office of General Counsel.
I am also claiming that the Donnelly Corporation is using my same technology of the infared sensor to open a car window on a hot day
To share an invention with everybody before it is patented violates the patent.
The NATSA shared a key component with Ms. Oprah Winfrey on January 26, 2000
Donnelly Corporation shared the invention with General Motors on January 18, 2000
I want license agreements from all car manufacturers.
I am claiming that Ms. Oprah Winfrey took part in a marketing scheme with NHTSA.
I am charging the Donnelly Corporation for sharing my invention with all car

Carol Pisani

manufacturers with fraud.
If my invention is confidential with the Office of General Counsel, then my invention should not have slipped into Mr Richard L. Van-Iderstine's hands.
The National Highway Traffic Safety Administration had every car manufacturer in their government from discussing the trunk release on June 3, 1999 Donnelly Corporation has filed the invention for March 1, 2000 This means that they had 9 months to submit their patent from my proposal.
Donnelly Corporation had an invention already and then they added on after hearing more information from the government.
Legal Claims
Breach of fiduciary duty - Mr. Richard L. Van Iderstine
Fraud (Intentional ~~miss~~ misrepresentation)
Mr Richard L. Van-Iderstine
General Motors - Fraud because the Donnelly Corporation shared the invention with General Motors on January 18, 2000
Trade Secret Breach of Contract - Mr. Richard L. Van-Iderstine
General Motors - My patent disclosure document is before their filing date. My file date is May 30, 2000 before theirs of May 31, 2000
Oprah Winfrey - Bribery and wire fraud Working with a government official to

Carol Pisani

promote my invention before a patent was granted.
Oprah Winfrey has intended for the NHTSA to gain the economic benefit other than the rightful owner
Oprah knew that she was giving out somebodies trade secrets because the patent was not issued on her January 26, 2000 television show.
She should be charged under attempt and conspiracy to misappropriate trade secrets under the EEA.
Also, under the wire fraud law she has promoted my trade secret key component - it even detects an animal in a trunk of a car.
The trademark of the Trap Alert system was filed by General Motors. The patent of the Smart Release system was filed by the Donnelly Corporation.
How can two corporations be using the same invention?
Donnelly Corporation - Trade Secret misappropriation. Donnelly Corporation received the invention from the National Highway Traffic Safety Administration.
Oprah Winfrey - Wire fraud - She has made money on the internet by people ~~answering~~ answering her survey. She has made money by selling her newsletters.

Carol Pisano