1

For Mr Lincoln Almond
I sent four pleadings on June 19, 2007

State of R.I District Court
Sixth Division
Civil Action, File Number CA 07 187

Mr. Richard L. Van-Iderstine
National Highway Traffic Safety
Administration
400 Seventh Street S.W
Washington, DC 20590

Harpo Productions
Ms Oprah Winfrey
PO. Box 909715
Chicago, Ill 60607

General Motors
Corporate Affairs/Community Relations
100 Renaissance Center
Detroit, M-I 48265

Donnelly Corporation Corporate Office
49 W Third Street
Holland, M-I 49423-2813

There is an error with the clerk who filed my case as a patent infringement case. This is a mistake on your part. I have no patent claims Correct your error. This is a trade secret, breach of contract fraud case.
You, stated that Mr. Iderstine is immune according to Title 5 552(b)4 he is not ~~immune~~ immune
Carol Pisani, plaintiff, my invention will be submitted after I receive answers.

Carol Pisani
42 Maribeth Drive
Johnston, R.I. 02919-5230