CA07 187S

# Amended Complaint

State of Rhode Island District Court
Sixth Division
Civil action, Case Number CA 07 187
Defendants Mr Richard L. Van Iderstine
Ms Oprah Winfrey of the Oprah television show
General Motors
Donnelly Corporation

## Facts

1 Mr. Richard L. Van Iderstine has received her trade secret invention called Advance Notice from the Office of General Counsel Ms Heidi L. Coleman informed Mr Iderstine of the National Highway Traffic Safety Administration

2 Mr Iderstine said in his May 20, 1999 letter to Ms Carol Pisani that the Office of General Counsel has granted Ms Carol Pisani, the true inventor, confidentiality on my January 25, 1999 confidential agreement with the NHTSA.
Mr Iderstine did not let me know that the NHTSA released it to the public. This violates their government rules. I did not receive any agreement or any notification.
3 Mr Iderstine is not immune from penalties. He is the person who I have evidence.

Facts

4 The National Highway Traffic Safety Administration had all the car manufacturers, plus many other special people in one government room on June 3, 1999 talking about my car trunk sensor

5 The NHTSA does research and contracts out to industry

Legal Claims

1. Confidentiality Agreement Violated
2. Misappropriation of my trade secret
3 Mr Richard L Van-Iderstine is not immune under Exemption 4 of the Freedom of Information Act which excludes from disclosure trade secrets and commercial or financial information obtained from a person and privileged or confidential
4 Misappropriation of trade secret
5 Mr Iderstine has lied in his May 20, 1999 letter to Ms Carol Pisani saying that they cannot endorse or assist in the marketing of products. NHTSA had a conference in a government room discussing my invention before a patent was even filed. How can NHTSA discuss safety standards when an invention did not exist in the public domain.

Federal Jurisdiction

1. Title 18 U.S.C. 1832 and ~~Civil Code #1573~~ → 18 U.S.C #1341 or 18 U.S.C #1343
2. 18 U.S.C. 1832
3. Title 5 552(b) 4
4 18 U.S.C. 1832