UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CAROL PISANI, Plaintiff, | : | |
| v. | : | CA 07-187 S |
| RICHARD L. VAN IDERSTINE, Defendant. | : | |

**ORDER**
**RE DOCUMENTS RECEIVED FROM PLAINTIFF**
**ON AUGUST 1, 2007**

On August 1, 2007, the Clerk's Office received several documents from Plaintiff Carol Pisani. The documents did not have a certificate of service and were referred to this Magistrate Judge[1] for a determination as to whether they should be accepted. After reviewing the documents and consulting the docket, I conclude that the documents are Plaintiff's response to the Report and Recommendation issued in this matter by Magistrate Judge Lincoln D. Almond on July 23, 2007, and that they should be so treated.[2] Accordingly, the Clerk is directed to accept the documents for filing and docket them as Plaintiff's Objection to the Report and Recommendation.

Plaintiff is advised that the Clerk will not comply with any of the requests or instructions contained in the documents, including Plaintiff's request that the Clerk "reprepare [sic] [her] papers properly for Mr. Almond." The Clerk is not authorized to remove documents from court filings in the absence

---

[1] Magistrate Judge Lincoln D. Almond, to whom this case is assigned, is away until August 14, 2007.

[2] Any objection to the Report and Recommendation is due by August 6, 2007. The nearness of this deadline is the primary reason why this Magistrate Judge has decided that Plaintiff's recently filed documents should be treated as Plaintiff's objection to that Report and Recommendation.

of a order from the Court. Similarly, the Court is not authorized to add documents to previous filings in the absence of a court order. No order permitting the substitution which Plaintiff requests has been issued.

The Clerk is directed to bring this Order to the attention of Magistrate Judge Almond upon his return.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
August 3, 2007