Letter for Mr Almond

1) Case Number CA 07 187S

U.S. District Court

To Mr. Lincoln Almond

The merits of my trade secret breach of contract case are I am challenging the deceit and rules of the National Highway Traffic Safety administration and not the release of information. So, it is not the reverse Freedom of Information Act. Mr Iderstine released my information and I was not notified in 10 days according to their rules before it was released.

I'm challenging that there is a violation of my confidentiality agreement.

Under the FOIA trade secrets are confidential, so a reverse FOIA means nothing because trade secrets are not supposed to be released only if I am notified of the agency wanting to release the information.

I was granted confidentiality by the Office of General Counsel. And, he stated in his letter that they will keep it confidential.

I do not object to your decision to dismiss my deficient laws.

I am including a copy of What about Protecting Trade Secrets when dealing with the Federal Government.

Carol Pisani

I did mark my invention Confidential
So confidential means confidential.
When Ms Oprah Winfrely has received
the information from a NHTSA
official the invention was not even
patented yet
Ms. Winfrey was never shown a patent
because one did not exist yet
Under the Uniform Trade Secret Act-
number 2 for misappropriation which
means acquisition of a trade secret
of by a person who knows or has
reason to know that the trade
secret was acquired by improper
means.
Somebody at the NHTSA has brought
to Ms. Oprah Winfrey the trunk
sensor that senses animals in a car
trunk.
Mr. Iderstine's case ties into the
other cases like a domino effect
I am sending the court clerk and I am
stating my legal claims to be in-
cluded with my other court papers.
I want the court clerk to remove
the legal claim paper and replace each
paper properly in their right order.
- In order to survive a Summary
Judgement, a plaintiff must be able to
show that the distinct theories
of relief are sought are supported by
facts unrelated to the misappropriation.

Carol Pisani

Case number CA07 187S

3.4.

Carol Pisani

The Coca Cola secret idea is the same as Oprah Winfrey case. If you release one key component of that trade secret then you blow off the manhole cover off this trade secret.
She is the kingpin Ms Oprah Winfrey set the mother of invention wheels turning.
I also included Civil Code 1543 which is a breach of fiduciary in commercial relationships.
I do object to part of your decision because I stated Title 6 of the Uniform Trade Secret Act because you are supposed to use the Injunction Law of Title 6 to stop production because the Donnelly Corporation has received the National Highway Traffic Safety Administration proposal.
The claim that I am stating is the Donnelly Corporation admits to getting unlawful trade secret information from the trunk sensor entrapment proposal from NHTSA.
I am sending you my Proof of Invention Form.
The Donnelly Corporation Compartment Sensing System was filed January 18, 2000. ~~with NHTSA my~~ My confidentiality agreement is Jan. 25, 1999
My confidentiality agreement with NHTSA is before all company dates

4.5 Case Number CA07 187S

Carol Pisani

The law is protective with inventors, the law imposes implied contract of confidentiality in commercial relationships
although there is no direct relationship with this company there is a direct implied relationship with Mr. Iderstine
Title 6 of the UTSA is supposed to cover me under this legal claim because this invention was given to them in a NHTSA room on June 3, 1999 who discussed the car invention to all car manufacturers.
~~Under Section 7 of the UTSA, I am claiming a tort separate from the misappropriation of a trade secret.~~
~~The tort is the proof of trade secrets are not required for breach of confidentiality claims.~~
I should have known better, I looked over the Intellectual Property Crimes and your right an individual cannot use those statutes. But, I listed them anyway in case the Attorney General wanted to get involved.
The State of R.I. could use some extra money.
I am including an updated legal claims and Federal Jurisdiction that the court clerk can replace my old legal claims papers with the new legal claims. There are five updated papers

1.

Amended Complaint

State of R.I. District Court
Sixth Division
Civil Action
File Number CA07 1875
Defendants Mr. Richard L. Van-Iderstine
Ms. Oprah Winfrey of the Oprah show
General Motors
Donnelly Corporation

Facts

1 There is no patent that existed when Ms Oprah Winfrey gave out a tip on her television ~~show~~ show that the trunk sensor detects animals in a car trunk.

2 The NHTSA-National Highway Traffic Safety administration told Ms Oprah Winfrey to broadcast this television show of Jan 26, 2000, to see if people would like to install one in their car trunk.

3. The animal in the car trunk was written in my invention animals never jump in car trunks. They are not stupid.

Legal Claims

~~1. Obtained information under false pretenses and misappropriation - General Theft.~~

1. ~~2.~~ Misrepresentation, breach or inducement

## Legal Claims

~~1 General Theft~~ Breach of inducement
2. ~~Fraud~~ - Claims to have a patented infrared trunk sensor when they do not have a patent and misappropriation

Federal Jurisdiction

~~1 Chapter 11 Section~~ 47 UTSA (1)
1. ~~2~~ Uniform Trade Secret Act Defination
2 A

## Relief for Judgement

1. according to the law an organization should not be fined more than $5,000,000 with the UTSA
1 according to law a person who owns the organization shall not be fined more than $500,000

## References to Exhibits

1. Includes copy of the newsletter from the Oprah Show.
2. The January 26, 2000 television show titled Remember your Spirit A Miracle Inside a Car Trunk.

Signed Carol Pisani

~~Adre~~ address 42 Maribeth Drive
Johnston, R.I. 02919-5230

## Facts

4 The National Highway Traffic Safety Administration had all the car manufacturers, plus many other special people in one government room on June 3, 1999 talking about my car trunk sensor.
5 The NHTSA does research and contracts out to industry

## Legal Claims

1 Confidentiality Agreement Violated
2. Misappropriation of my trade secret
3 Mr Richard L. Van-Iderstine is not immune under Exemption 4 of the Freedom of Information Act which Excludes from disclosure trade secrets and commercial or financial information obtained from a person and privileged or confidential
4 Misappropriation of trade secret
5 Mr Iderstine has lied in his May 20, 1999 letter to Ms Carol Pisani saying that they cannot endorse or assist in the marketing of products NHTSA had a conference in a government room discussing my invention before a patent was even filed. How can NHTSA discuss safety standards when an invention did not exist in the public domain.

## Federal Jurisdiction

1 Uniform Trade Secrets Act - Defination 1, 2 and 3
2 UTSA and Civil Code #1573
3 Title 5 552(b)4
4 UTSA and General Theft and ~~Section 7 of UTSA~~

# Federal Jurisdiction

5. UTSA-Defination 1

## Relief for Judgement

Mr. Richard L. Van Iderstine shall not be fined according to the law no more than $500,000

## Exhibits

1 Copy of letter from Mr. Iderstine

2. Copy of Certificate of Confidentiality

3. Copy of my advance Notice invention that I I sent to the Office of General Counsel at NHTSA

4. Copy of the National Highway Traffic Saftety Administration

5. NHTSA rules - Two pages of part of rules on Confidential Business Information

6. Three pages of part of NHTSA report to Congress consists of representatives from various industries including vehicle manufacturers

Signed Carol Pisani

address 42 Maribeth Drive
Johnston, R.I.
02919-5230

# Legal Claims

1. Misappropriation of trade secret
2. Misappropriation of trade secret
3. Misappropriation of trade secret
4. Misappropriation of trade secret
5. Breach of Contract case that NHI SA has proposed to the Donnelly Corporation
6. Misappropriation of trade secret
7. General Theft in R.I.

## Federal Jurisdiction

1. Uniform Trade Secrets Act, Defination 1
2. Defination 2 of UTSA
3. Defination 1 of UTSA
4. Defination 1 of UTSA
5. R.I. law for a breach is 10 years

6a Defination 2(A) UTSA ~~section~~
6b Title 6 UTSA Section 6-41-2 ~~(Ch.11, 41)~~

## Relief for Judgement

according to the law an organization should not be fined more than $5,000,000.
Donnelly Corporation is using my same technology of the infared sensor to open a car window on a hot day.
This is a case of two inventions in one with the same technology.
I want license agreements and back pay from January 18, 2001 when you began shipping and selling the product before the patent was granted.

1.

# Amended Complaint

State of R.I. District Court
Sixth Division
Civil action
File action CA07187S
Defendants Mr. Richard L. Van Iderstine
Ms. Oprah Winfrey of the Oprah show
General Motors and the Donnelly
Corporation

## Facts

1 I have a disclosure document from the patent office and my date is May 30, 2000
General Motors trademark date is May 31, 2000
2. General Motors has released a dated publication of January 18, 2000 called General Mottors will be first with sensors that detect presence of people in trunks.
3. General Motors does not have a patented trunk sensor invention.
4 The Donnelly Corporation has the Compartment Sensing System called the Smart Release filed for January 18, 2000
5. General Motors has published for the internet Donnelly Corporation filed patent application

Legal Claims - next page

~~1 Obtained information under false pretenses and misappropriation~~

2.

# Legal Claims

1. ~~Aquired by~~ Acquired by improper means and ~~misappro~~ misappropriation
Federal Jurisdiction

~~1 Chapter 11 Section 41~~
2. Uniform Trade Secret Act Defination 1
Relief for Judgement

according to the law an organization shall not be fined more than $5,000,000
I, Carol Pisani also want license agreements and back pay from January 18, 2001 when you began shipping and selling the product before the patent was granted to the Donnelly Corporation on May 21, 2002

References to Exhibits

1. General Motors will be first with sensors that detect the presence of people in trunks.
2. Disclosure Document from the Patent Office

Signed Carol Pisani

Address Carol Pisani
42 Maribeth Drive
Johnston, R.I. 02919-5230