# Proof of Invention

Date January 15, 1999

Sole Inventor Carol Pisani

42 Maribeth Drive

Johnston, R.I. 02919

Be it be known that Carol Pisani on this date January 15, 1999 disclosed to me this invention which is called the Advance Notice and I fully understand its construction, purpose and use.

Witness: Elvira Pisani

Address: 42 Maribeth Drive, Johnston, RI 02919

Witness: ----------------------------------------

Address: ----------------------------------------

Inventor's Signature Carol Pisani