UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Carol Pisani
Plaintiff

V. CA:07-187S

Richard L. Van Iderstine, et al
Respondent

**ORDER**

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on July 23, 2007 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's claim under 5 U.S.C. § 552(b)(4) against Defendant, Richard L. Van Iderstine, in his official capacity, will be allowed to proceed, all of the other claims made, and Defendants named, in Plaintiff's Amended Complaint, pursuant to 28 U.S.C. § 1915(e)(2)(B) are DISMISSED.

BY ORDER:

Doreen Baldwell
DEPUTY CLERK

ENTER:

William E. Smith
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 8/9/07