UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Carol Pisani

v. C.A. No. 07-187S

Van Iderstine, et al

**SHOW CAUSE ORDER**

On or before **November 5, 2007**, the plaintiff is hereby ordered to show cause, in writing, why this case should not be dismissed for lack of prosecution against the defendant. Failure to comply will result in dismissal.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 10/19/07