1)

United States District Court
District of Rhode Island
Sixth Division-Civil action

Carol Pisani
v
Richard L. Van Iderstine

CA
Case Number 07-187S

Answer to Show Order

Dear Honorable William E Smith

I just served Mr Iderstine on 10/23 and I the deputy clerk Cincetta Penni and David A Di Marzio has told me that I have to serve him first so Mr Iderstine does not have to play for a cost of a Summons I certified the Amended Complaint Now, I am waiting for the waiver form. I filed all papers with this court by certified mail and, the clerk was supposed to take one paper out and replace it with my Amended Complaint The clerk sent me papers to serve him. Now, I received an order from Mr Judge Smith on October 10, 2007 saying that my claim 5 U.S.C. 552(b)4 against defendant will be allowed to proceed and all other claims against defendants are dismissed. I agreed with you on this. What are you talking about, ~~my~~ my confidentiality agreement was ~~violated~~ violated and this is against the Uniform Trade Secret Act According to

2) CA07-187S

the UTSA under the breach of contract laws on confidentiality then I am covered under the misappropriation of trade secrets
I am claiming a breach of my confidentiality agreement. And, a breach of my confidentiality agreement is a form of a breach of contract
And, a breach of contract is 10 years for the Statute of Limitations.
My Statute of Limitations has started on March 20, 2004 when I learned that the National Highway Traffic Safety Administration gave the Trunk Release Proposal to the Donnelly Corporation
I have a Providence Journal newspaper article dated January 16, 2007
Ronald Russo v Ballard Medical Products misappropriation of trade secrets was the result of willful and malicious conduct according to U.S. District Court in Salt Lake City. Mr. Van Iderstine is willful and malicious because he is an employee and had no right to receive my intellectual property.
I explain this in my papers if you read on
Mr. Ronald Russo's confidentiality agreement was violated. He had a patent.
But it does not matter because I signed their confidentiality agreement.
Mr. Richard L. Van Iderstine has told me that he will keep it

3) CA07-1875

confidential
Mr Russo has won his case. My case is almost similar to his but it is very more complicated.
In the Civil Code #1573, I think this applies to attorneys but similar duties arise from a confidential relationship. Whether there is a financial gain that has to be proven by requesting documents. actual fraud there must be intentional deception.
I do not think Mr Iderstine has gained any money but this is fraudulent to release my invention
P.S I want you to know that the clerk has sent me a letter on Oct 16, 2007 and this court has sent me claim papers that I have written I did not send him those papers because they were not in my amended Complaint.
Some parts of my claim papers were dismissed. My claim papers were made before I knew about the Court Rules.
The claim papers are not the court papers they were just for the judge to review.
I have received an order from you that the case will be allowed to proceed on October 10, 2007 My first judge was Mr Lincoln Almond, now are you my judge because I received a Show Order.
Signed Carol Pisani, 42 Maribeth Drive
Johnston, R.I. 02919-5230

4)a) CA07-187S

On page 63 of the National Highway Traffic ~~Safety~~ Safety Administration of the copy of my amended Complaint #512.9 says their rules of the Release of Confidential Business Information

(a) Information that has been claimed or determined to be confidential business information that under #512.4, #512.6 or #512.7 may be disclosed to the public by the Administrator notwithstanding such determination or claim if disclosure would be in the public interest as follows

1 etc

2 etc

3 etc in their rules

(b) No information is disclosed under this section unless the submitter of the information is given written notice of the Administrator's intention to disclose information under this section.

Written notice is normally given at least ten working days before the day of release, although the Administrator may provide shorter notice if the Administrator finds that such shorter notice is in the public interest. The notice under this paragraph includes a statement of the Administrator's reasons for determining to disclose the information and affords the submitter of the information an opportunity to comment on the contemplated release of information

4)b) CA07-187S

The Administrator may also give notice of the contemplated release of information to other persons and may allow these persons the opportunity to comment. When a decision is made to release information pursuant to this section, the Administrator will consider ways to make the release with the least possible adverse effects to the submitter
(c) etc
1, 2, 3, etc
4 With the consent of the submitter of the information
On Page 64 of my Amended Complaint I signed their form for the Certificate in Support of Request for Confidentiality The whole form is in my complaint Part of it says
(2) The information contained in Advance Notice is confidential and proprietary data and is being submitted with the claim that it is entitled to confidential treatment under 5 U.S.C #552(b) 4(as incorporated by reference in and modified by the statute under which the information is being submitted

Title 5 552(b)4 Mr. Van Iderstine is not immune under Exemption 4 of the Freedom of Information Act which excludes from disclosure trade secrets and commercial information obtained from a person and privileged or confidential
#512.4 of NHTSA rules my invention was marked confidential

4)c) CA07-187S

(5) To contractors, if necessary for the performance of a contract with the Administration. In such instances, the contract limits further release of the information to named employees of the contractor with a need to know and provides that unauthorized release constitutes a breach of contract for which the contractor may be limited to third parties

Signed Carol Pisano
42 Maribeth Drive
Johnston, R.I. 02919

answer to Show Order

State of R.I. District Court
Sixth Division
Civil action, Case Number CA07187S
Defendants Mr. Richard L. Van Iderstine

1 My advance Notice invention was transferred from the Office of General Counsel to Mr. Van Iderstine and this violates my confidentiality agreement. My invention was passed illegally to him and he had no authority to receive my invention unless I was notified of the release to this person. I was notified from the Office of General Counsel after the release not before the release to this person. So this violates their NHTSA rules. The NHTSA - National Highway Traffic Safety Administration has violated my confidentiality by releasing my invention to Mr. Van Iderstine. He is an inside employee and he had no authority to have access to my invention. I was given authority by Ms. Helen L. Coleman. I was never given a denial of confidentiality. So confidentiality was granted, on the Office of General Counsel's behalf.

2) In the Exhibit on page 15 Vehicle Entrapment Trunk Report it stated

CA07-187S

that there are latches and warnings for trunk releases and other preventions. There are no warnings on General Motors trunk release latch.
The warnings were in my invention. So this proves they were talking about my invention.
The trunk sensor was not patented and it is not in the public domain.
NHTSA went to Ms. Oprah Winfrey and she said this invention detects animals in a car trunk which was in my invention. They do research and contract out to industry. This proves that Mr. Idestine has lied in his letter to me that they do not endorse or assist in the marketing of products.
It was discussed in my answer to the judge that the Donnelly Corporation admits they have received the NHTSA proposal.
How can NHTSA discuss safety standards when an invention did not exist in the public domain?

Signed Carol Pisani
42 Maribeth Drive
Johnston, R.I.
02919-5230