Nov. 29, 2007

RECEIVED
DEC 03 2007
Property of U.S. District Court
District of Rhode Island

United States District Court
One Exchange Terrace
Federal Building and Courthouse
Providence, R.I.
02903

Carol Risane
42 Maribeth Drive
Johnston, R.I. 02919-5230

Dear Court Clerk

I sent out my lawsuit to Mr. Iderstine on Oct. 22, 2007 the Notice of Lawsuit and Request for waiver of service of summons and Waiver of Service of Summons, two copies. On October 22, 2007 I sent out a certified Amended Complaint and it was recieved on Oct. 26, 2007 at 6:30 am

I never received the return receipt requested form back. Mr. Iderstine is allowed 60 days to answer but he did not answer my waiver form to advoid cost of service in 30 days.

You do not need to send the complaint again because the National Highway Traffic Safety Administration should have given it to him.

I am sending you two Summons forms for this court to effect service.

I am including the computer printout from the Post Office showing that this agency has recieved my complaint.

P.S. If you need the complaint - my amended Complaint then write me. My address is on back of this paper.