1) Aug. 12, 2008

U.S. District Court 6th Division
One Exchange Terrace
Federal Building and Courthouse
Providence, R.I. 02903 CA 07-187S

Carol Pisani
42 Maribeth Drive
Johnston, R.I. 02919

Dear Supervisor:

This is a case on a violation of my confidentiality agreement. I went on the District Courts web site to see if Mr. Judge Lincoln Almond my judge will do my case and when.

His computer was blank. I am waiting for a judgment? Did Mr. Iderstine default? The Marshal sent him my complaint. It was not accepted by the National Highway Traffic Safety Administration.

He does still work at the National Highway Traffic Safety Administration.

My case number is CA07-187S

The Marshal needs to post something at the National Highway Traffic Safety Administration.

This government organization must have profited from the automobile manufacturers. The NHTSA has research facilities and obtains contracts. Anyway, the NHTSA had all automobile manufacturers, ~~is~~ in one room and they discussed a product before a patent was issued. So, this proves that NHTSA has released my invention without me getting any

Case number CA 07-187S

Carol Pisani
42 Maribeth Drive
Johnston R.I. 02919

license agreements I was never notified of its release They released it to benefit them and I did not benefit from the release of my trunk sensor invention.
another point my other cases were dismissed without prejudice. But the Donnelly Corporation admits on the internet that the Donnelly Corporation applauds the NHTSA for giving them the proposal.
The car manufacturers were all discussing an invention before intellectual property rights were patented. So what is the purpose of a patent when you have a free for all and discuss my trade secrets Also, this invention is used to make two inventions when a child is locked in a hot car then the window rolls down. My invention is called Advance Notice. NHTSA has made recommendations on a product that did not exist in the public domain. Other products that NHTSA reviews are patented first.
No evaluation was performed because no product existed yet.
NHTSA had meetings that met three times over a four month period. No safety standards were made as I pointed out everything in my case because no product existed.
The NHTSA cannot say how hot it

3) Case Number CA07-187S

gets in a car trunk without testing the product out first.
again, no patent existed first The Smartrelease patent was issued on May 21, 2002 to one work for hire inventor. There were two other work for hire inventors that worked on the invention. No original inventor came up with this invention. The Donnelly Corporation has told its workers to make this invention.

Carol Pisani
42 Maribeth Drive
Johnston, R.I. 02919

Thank You.