UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CAROL PISANI ) | |
| ) | |
| v. ) | C.A. 07-187M |
| ) | |
| RICHARD L. VAN IDERSTINE ) | |

ORDER

The Findings and Recommendation of United States Magistrate Judge Lincoln D. Almond dated June 27, 2011 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The Plaintiff's Complaint against Richard L. Van Iderstine is DISMISSED without prejudice for failure to effectuate service in a timely manner.

BY ORDER

John J. McConnell, Jr.
United States District Judge
July 8, 2011